584 A.2d 251
STATE OF NEW JERSEY v. JACK B. LACEY.

June 11, 1990.

Petition for certification denied.

584 A.2d 251
STATE OF NEW JERSEY v. BRUCE ROBERT HODGES.

June 11, 1990.

Petition for certification denied.

584 A.2d 251
STATE OF NEW JERSEY v. CHERYL PATRICIA BUTTS.

June 11, 1990.

Petition for certification denied.

584 A.2d 251
STATE OF NEW JERSEY v. VALERIE HODGES.

June 11, 1990.

Petition for certification denied.

584 A.2d 251
STATE OF NEW JERSEY v. LOUIS CRIADO.

June 11, 1990.

Petition for certification denied.